UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW J CAPANIS,<br>　　　　Petitioner,<br>　v.<br>KENT CLARK,<br>　　　　Respondent. | Case No. 19-cv-04562-SI<br><br>**ORDER FURTHER EXTENDING DEADLINES**<br>Re: Dkt. No. 15 |

Respondent has filed a request for a second extension of the deadline to file his response to the order to show cause. Upon due consideration of the request and the declaration of attorney David Rose, the request is GRANTED. Docket No. 15. Respondent must file and serve his response to the order to show cause no later than **May 1, 2020**. Petitioner must file and serve his traverse no later than **May 29, 2020**.

**IT IS SO ORDERED**.

Dated: March 3, 2020

_____
SUSAN ILLSTON
United States District Judge