UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW J CAPANIS,

              Petitioner,

      v.

KENT CLARK,

              Respondent.

Case No. 19-cv-04562-SI

**JUDGMENT**

The amended petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 26, 2020

SUSAN ILLSTON
United States District Judge