UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW J CAPANIS,<br><br>    Petitioner,<br><br>    v.<br><br>KENT CLARK,<br><br>    Respondent. | Case No. 19-cv-04562-SI<br><br>**ORDER DISMISSING PAUPER APPLICATION**<br><br>Re: Dkt. No. 22 |

Petitioner's application to proceed *in forma pauperis* on appeal is DISMISSED without prejudice because he did not use the correct form and did not provide the information required by Federal Rule of Appellate Procedure 24(a)(1) so that this court may determine whether he may proceed *in forma pauperis* on appeal. Docket No. 22.

The clerk will mail to petitioner a copy of the court's prisoner *in forma pauperis* application form. If petitioner wishes to proceed *in forma pauperis* on appeal, he should complete that form and return it to this court with a copy of his inmate trust account statement.

**IT IS SO ORDERED**.

Dated: December 18, 2020

_____
SUSAN ILLSTON
United States District Judge